# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

HERBERT L. ODLE, d/b/a SPORTS
CLUB, INC.; SHERILL DOUGLAS;
JENIFER MARIE COSIMANO; JANE
DOE I and JANE DOE II

**JUDGMENT IN A CIVIL CASE**

v.

DECATUR COUNTY, TENNESSEE;
the DECATUR COUNTY
COMMISSION; the DECATUR
COUNTY, TENNESSEE
ADULT-ORIENTED
ESTABLISHMENT BOARD

and

the STATE OF TENNESSEE

CASE NUMBER:     02-1278-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 09/27/05, judgment is hereby ENTERED in favor of Plaintiffs on their claim that the County Ordinance is substantially overbroad. The Decatur County, Tennessee defendants are PERMANENTLY ENJOINED from enforcing the unconstitutional County Ordinance.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

9/30/05          BY:     _____
DATE                     DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-03-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 1:02-CV-01278 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Steven A. Hart
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

James Michael Ivey
LAW OFFICE OF J. MICHAEL IVEY
300 Tennessee Avenue, South
Parsons, TN 38363

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Honorable James Todd
US DISTRICT COURT